**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Case No. 12-cr-00484-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. VICTOR SANCHEZ-ARROYO,

    Defendant.

---

### ORDER FOR TIME SERVED

---

PURSUANT to and in accordance with the Sentencing hearing held before the Honorable Wiley Y. Daniel, Senior United States District Judge, on May 22, 2013, it is hereby

ORDERED that Defendant Victor Sanchez-Arroryo is sentenced to **TIME SERVED.**

Dated: May 22, 2013.

                              BY THE COURT:


                              s/ Wiley Y. Daniel
                              WILEY Y. DANIEL,
                              SENIOR UNITED STATES DISTRICT JUDGE